# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 27, 2005

129562

| | |
|---|---|
| | Clifford W. Taylor,<br>Chief Justice |
| | Michael F. Cavanagh<br>Elizabeth A. Weaver<br>Marilyn Kelly<br>Maura D. Corrigan<br>Robert P. Young, Jr.<br>Stephen J. Markman,<br>Justices |

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DAVID LEE WALTON,
      Defendant-Appellant.

SC: 129562
COA: 254820
Calhoun CC: 2003-000406-FC

_____/

On order of the Court, the application for leave to appeal the August 16, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



s1219

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 27, 2005

_____
Clerk